

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-16-00252-CV

Jean Eckford **HARDAWAY,** Et al.,
Appellant

v.

Lou Eda Korth Stubbs **NIXON,** Et al.,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-0188-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellees' briefs were originally due on February 23, 2017. There are two sets of appellees: the Stubbs Nixon appellees and Burlington Resources Oil & Gas Company, LP. Each appellee group has been granted two previous extensions to file their briefs, the latest until April 26, 2017. On April 26, 2017, appellees each filed separate motions requesting a third extension until May 26, 2017.

The motions are GRANTED and appellees are hereby ORDERED to file their respective briefs no later than May 26, 2017. NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court